Monica Perales
Attorney at Law: 297739
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel: (562)868-5886
Fax: (562)868-5491
E-Mail: rohlfing.office@rohlfinglaw.com

Attorneys for Plaintiff
CONNIE LORRAINE DIXON

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONNIE LORRAINE DIXON ) | Case No.: 2:16-cv-02235-AC |
| ) | |
| Plaintiff, ) | [~~PROPOSED~~] ORDER EXTENDING |
| v. ) | BRIEFING SCHEDULE |
| ) | |
| NANCY A. BERRYHILL, Acting ) | |
| Commissioner of Social Security. ) | |
| ) | |
| Defendant. ) | |
| ) | |

Based upon the stipulation of the parties, and for cause shown,

IT IS HEREBY ORDERED, that Plaintiff shall have an extension of time, to and include April 10, 2017, in which to file Plaintiff's Opening Brief; and that all other deadlines set forth in the September 22, 2016 Case Management Order shall be extended accordingly. IT IS SO ORDERED.

DATE: March 10, 2017

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE