Monica Perales
Attorney at Law: 297739
Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562)868-5886
Fax: (562)868-5491
E-mail: rohlfing.office@rohlfinglaw.com

Attorneys for Plaintiff
Connie Lorraine Dixon

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONNIE LORRAINE DIXON, | Case No.: 2:16-cv-02235-AC |
| Plaintiff, | /~~PROPOSED~~/ ORDER OF DISMISSAL |
| vs. | |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | |
| Defendant. | |

The above-captioned matter is dismissed with prejudice, each party to bear its own fees, costs, and expenses.

IT IS SO ORDERED.

DATED: April 11, 2017.

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

-1-

DATE: April 10, 2017        Respectfully submitted,

LAW OFFICES OF LAWRENCE D. ROHLFING

BY: _____/s/ *Monica Perales*_____
Monica Perales
Attorney for plaintiff Connie Lorraine Dixon

# CERTIFICATE OF SERVICE
## FOR CASE NUMBER 2:16-CV-02235-AC

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for this court by using the CM/ECF system on April 10, 2017.

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

*/s/ Monica Perales*

_____
Monica Perales
Attorneys for Plaintiff
_____